```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :  Docket #   1:20-cr-00631
                                     :
     -against-                       :  ORDER
                                     :
Harvey Foster                        :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

Alvin K. Hellerstein, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove curfew enforced by GPS.

Dated: New York, New York
       April 18, 2022

SO ORDERED:

/s/ Alvin K. Hellerstein
_____
Alvin K. Hellerstein
United States District Judge