UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                  :
                                                                                       :  **SCHEDULING ORDER**

        -against-                                   :  20 Cr. #631 (AKH)

HARVEY FOSTER,                              :

                                      Defendant. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing currently scheduled for October 27, 2022, is adjourned to November 10, 2022, at 11:00 a.m.

       SO ORDERED.

Dated:    October 21, 2022                    ___/s/ Alvin K. Hellerstein_____
            New York, New York            ALVIN K. HELLERSTEIN
                                                              United States District Judge