# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

January 17, 2023

VIA ELECTRONIC FILING

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: The sentencing is adjourned until February 13, 2023 at 11:00 a.m.  X [signature] A.K. Hellerstein  1/23/2023]*

Re: *United States v. Harvey Foster, 20 cr. 631 (AKH)*

Dear Judge Hellerstein:

     I represent Harvey Foster. Mr. Foster pleaded guilty, and his sentence is scheduled for January 26, 2023. I request a two-week adjournment of the sentencing.[1]

     The Defense is nearly completed its review of the case. The Defense is still gathering documents in support of reasonable non-guidelines sentence. We need additional time to gather the documents. The Government does not object to a 2-3 week adjournment of the sentencing hearing. I request any date between February 8th and February 20th. This is our second request for an adjournment.

     Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

---

[1] Any date between February 8th and February 20th is preferable, as I will be unavailable from February 21-March 1.

1