UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :         **SCHEDULING ORDER**
            -against-               :
                                    :         20 Cr. #631 (AKH)
                                    :
                                    :
HARVEY FOSTER,                      :
                                    :
                        Defendant.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing currently scheduled for February 13, 2023, is adjourned to March 20, 2023, at 10 a.m.

       SO ORDERED.

Dated:    February 13, 2023                ___/s/_Alvin K. Hellerstein_____
            New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge

1